UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Donald L. Morrison, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Wayne R. Myers, George B. Currin, Stephen A. | ) | 7:14-CV-85-BR |
| West, Dennis Duffy, S. Katherine Burnette, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on defendant's motion for a pre-filing injunction, (DE # 25), and motion to dismiss, (DE # 36); defendants' motion to dismiss, (DE # 29); and plaintiff's motion to disregard defendant's motion for a pre-filing injunction, (DE # 32).

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant Currin's motion to dismiss, (DE # 36), is GRANTED. To the extent that Currin's first motion to dismiss, (DE # 25), seeks a pre-filing injunction, it is DENIED. Plaintiff's motion to disregard Currin's motion for a pre-filing injunction, (DE # 32), is DENIED. The governmental defendants' motion to dismiss, (DE # 29), is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE. This case is closed.

**This judgment filed and entered on January 6, 2015, and served on:**

Joshua B. Royster (via CM/ECF Notice of Electronic Filing)
David S. Coats (via CM/ECF Notice of Electronic Filing)
John Thomas Crook (via CM/ECF Notice of Electronic Filing)
Donald L. Morrison (via US Mail at 6108 Raven Run, Lakeland, FL 33809)

January 6, 2015                                    /s/ Julie A. Richards,
                                                   Clerk of Court